■ DANIEL YOX, Appellant, v JOSEPH CONRAD, Individually and Doing Business as Green Meadow Dairy Farm, Respondent. (Appeal No. 1.) [788 NYS2d 921]—Appeal from an order of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered September 8, 2003. The order denied plaintiff's motion to set aside the jury verdict or, in the alternative, grant a new trial in a personal injury action.

It is hereby ordered that said appeal be and the same hereby

is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Pigott, Jr., P.J., Green, Hurlbutt, Martoche and Hayes, JJ.